No. 405, Misc. FORD *v.* UNITED STATES; and

No. 414, Misc. HOWARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States in both cases.

No. 410, Misc. STEELE *v.* NELSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 411, Misc. STREETER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 427, Misc. DENTIS *v.* OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 478, Misc. JACKSON *v.* MARYLAND. Cir. Ct. Baltimore County. Certiorari denied.

No. 479, Misc. SMITH *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 486, Misc. FONTANA ET UX. *v.* WALKER ET AL. Ct. App. Md. Certiorari denied.

No. 513, Misc. MORTON *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 525, Misc. LAMB *v.* CITY OF EASTLAKE. Sup. Ct. Ohio. Certiorari denied. *Ronald M. Benjamin* and *David P. Freed* for petitioner.

No. 578, Misc. RAFFA *v.* CITY OF CLEVELAND. Sup. Ct. Ohio. Certiorari denied. *James R. Willis* for petitioner. *Thomas J. Italiano* for respondent.